# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| McARTHUR LYNCH, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:25-cv-00336-LCB-SGC |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 by McArthur Lynch, a state prisoner proceeding *pro se*. (Doc. 1).[1] The magistrate judge entered a report on March 7, 2025, recommending the petition be dismissed for lack of subject matter jurisdiction because it is an unauthorized successive petition. (Doc. 5). The petitioner has filed objections to the report and recommendation. (Doc. 6). In his objections, the petitioner raises or reasserts challenges to his state court conviction. However, he does not address the basis for the magistrate judge's recommendation – that his petition is an unauthorized successive petition. Therefore, the court will overrule the objections.

---

[1] Citations to the record refer to the document and page numbers assigned by the court's CM/ECF electronic document system and appear in the following format: (Doc. __ at __).

After careful consideration of the record in this case, including the magistrate judge's report and the petitioner's objections, the court **OVERRULES** the objections, **ADOPTS** the magistrate judge's report, and **ACCEPTS** her recommendation. Consistent with that recommendation, the petition is due to be dismissed for lack of subject matter jurisdiction because it is an unauthorized successive petition. A final judgment will be entered.

**DONE** and **ORDERED** April 9, 2025

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE